# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** **Vinacour Rebecca**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant(s):** **NBC Universal, Inc. ; Discovery Communications, Inc.**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Huntsman Ames Robert**
**Huntsman Law Group, PLLC**
**10400 W. Overland #174**
**Boise, Idaho  83709**
**(208)860-4379 Ext 200**

Defendant's Atty(s):

---

<u>II. Basis of Jurisdiction</u>:    **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**

Defendant:- **5 Non AZ corp and Principal place of Business outside AZ**

<u>IV. Origin</u> :    **1. Original Proceeding**

<u>V. Nature of Suit</u>:    **820 Copyrights**

<u>VI.Cause of Action</u>:    **U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(1) Brief Description: DEFENDANT NBC'S UNAUTHORIZED REPRODUCTION OF PHOTOGRAPH A U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK A 1 U.S. Civil Statute:THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S**

UNAUTHORIZED PREPARATION OF DERIVATIVE WORK A-2 U.S. Civil Statute:THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK A-3 U.S. Civil Statute:THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK A-4 U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(3): Brief Description: DEFENDANT NBC'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED PHOTOGRAPH A TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE, OR LENDING U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(5) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PUBLIC DISPLAY OF PHOTOGRAPH A U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(1) Brief Description: DEFENDANT NBC'S UNAUTHORIZED REPRODUCTION OF PHOTOGRAPH B U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK B 1 BASED ON COPYRIGHTED PHOTOGRAPH B U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK B-2 BASED ON COPYRIGHTED PHOTOGRAPH B U.S. Civil Statute:THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK B 3 BASED ON COPYRIGHTED PHOTOGRAPH B U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description:DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK B-4 BASED ON COPYRIGHTED PHOTOGRAPH B U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(3) Brief Description: DEFENDANT NBC'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED PHOTOGRAPH B TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(5) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PUBLIC DISPLAY OF PHOTOGRAPH B U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(1) Brief Description: DEFENDANT NBC'S UNAUTHORIZED REPRODUCTION OF PHOTOGRAPH C U.S. Civil Statute: COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK C-1 BASED ON COPYRIGHTED PHOTOGRAPH C U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(3) Brief Description: DEFENDANT NBC'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED PHOTOGRAPH C TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE, OR LENDING U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(5) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PUBLIC DISPLAY OF

PHOTOGRAPH C U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(1) Brief Description: DEFENDANT NBC'S UNAUTHORIZED REPRODUCTION OF PHOTOGRAPH D U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK D-1 BASED ON COPYRIGHTED PHOTOGRAPH D U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK D-2 BASED ON COPYRIGHTED PHOTOGRAPH D U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(3) Brief Description: DEFENDANT NBC'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED PHOTOGRAPH D TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE, OR LENDING U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(5) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PUBLIC DISPLAY OF PHOTOGRAPH D U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(1) Brief Description: DEFENDANT NBC'S UNAUTHORIZED REPRODUCTION OF VIDEO U.S. Civil Statute: COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK VIDEO V-1, BASED ON COPYRIGHTED VIDEO 1 U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(2) Brief Description: DEFENDANT NBC'S UNAUTHORIZED PREPARATION OF DERIVATIVE WORK VIDEO V-2, BASED ON COPYRIGHTED VIDEO U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(3) Brief Description: DEFENDANT NBC'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED VIDEO TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE, OR LENDING U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(4) Brief Description: DEFENDANT NBC'S PUBLIC PERFORMANCE OF VIDEO U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(1) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED REPRODUCTION OF PHOTOGRAPH A U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(3) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED PHOTOGRAPH A TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE, OR LENDING U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(5) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED PUBLIC DISPLAY OF PHOTOGRAPH A U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(1) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED REPRODUCTION OF PHOTOGRAPH B U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(3) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED PHOTOGRAPH B TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE, OR LENDING

U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(5) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED PUBLIC DISPLAY OF PHOTOGRAPH B U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(1) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED REPRODUCTION OF PHOTOGRAPH C U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(3) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED PHOTOGRAPH C TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE, OR LENDING U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(5) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED PUBLIC DISPLAY OF PHOTOGRAPH C U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(1) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED REPRODUCTION OF PHOTOGRAPH D U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(3) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED PHOTOGRAPH D TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE, OR LENDING U.S. Civil Statute: THE COPYRIGHT ACT, 17 U.S.C. §106(5) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED PUBLIC DISPLAY OF PHOTOGRAPH D U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(1) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED REPRODUCTION OF VIDEO U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(3) Brief Description: DEFENDANT DISCOVERY'S UNAUTHORIZED DISTRIBUTION OF COPYRIGHTED VIDEO TO THE PUBLIC FOR SALE, OR BY RENTAL, LEASE, OR LENDING U.S. Civil Statute: THE COPYRIGHT ACT 17 U.S.C. §106(4) Brief Description: DEFENDANT DISCOVERY'S PUBLIC PERFORMANCE OF VIDEO U.S. Civil Statute: Visual Artists Rights Act (VARA) as codified in THE COPYRIGHT ACT 17 U.S.C. §106A(a)(1)(a) Brief Description: DEFENDANT NBC'S VIOLATION OF PLAINTIFF'S ARTISTIC MORAL RIGHT OF ATTRIBUTION PROVIDED BY Visual Artists Rights Act (VARA) U.S. Civil Statute: Visual Artists Rights Act (VARA) as codified in THE COPYRIGHT ACT 17 U.S.C. §106A(a)(3)(a) Brief Description: DEFENDANT NBC'S VIOLATION OF PLAINTIFF'S ARTISTIC MORAL RIGHT OF INTEGRITY PROVIDED BY Visual Artists Rights Act (VARA)

## VII. Requested in Complaint

Class Action: **No**
Dollar Demand: **$4.5M**
Jury Demand: **Yes**

## VIII. This case **is not related** to another case.

Signature: /s/ Robert A. Huntsman

Date: 4/30/2015

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014